IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| NATIONAL INSTITUTE FOR STRATEGIC TECHNOLOGY ACQUISITION AND COMMERCIALIZATION (NISTAC)<br>*Plaintiff*<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD., et al.<br>*Defendants/Counter-Plaintiff* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO.: 2:11-CV-11039<br><br>Hon. George Caram Steeh |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS SUBARU OF AMERICA, INC. AND FUJI HEAVY INDUSTRIES, LTD.

WHEREAS, Plaintiff Kansas State University Institute for Commercialization f/k/a National Institute for Strategic Technology Acquisition and Commercialization ("NISTAC") filed this action on October 4, 2010, against Defendants Subaru of America, Inc. and Fuji Heavy Industries, Ltd. (collectively "Subaru"); and others.

WHEREAS, NISTAC and Subaru have resolved the claims asserted between them in the above-captioned action on certain terms and conditions set forth in their agreement;

NOW, THEREFORE, NISTAC and Subaru stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

    1.    The claims and counter-claims between NISTAC and Subaru in the above-captioned action are hereby dismissed with prejudice.

2. NISTAC and Subaru shall bear their own costs and attorneys' fees in connection with the above-captioned action.

Dated: June 29, 2012

                Respectfully submitted,

                */s/ [signature]*
                _____

RODGER D. YOUNG (P22652)
JAYE QUADROZZI (P71646)
JASON KILLIPS (P67883)
**YOUNG & SUSSER, P.C.**
Counsel for Plaintiff
26200 American Drive, Ste. 305
Southfield, MI 48034
248.353.8620 (telephone)
248.353.6559 (facsimile)
efiling@youngpc.com

**ANTHONY BRUSTER**
**TEXAS STATE BAR NO. 24036280**
**ED CHIN**
**TEXAS STATE BAR NO. 50511688**
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
akbruster@nixlawfirm.com
edchin@me.com

**DEREK GILLILAND**
**STATE BAR NO. 24007239**
**NIX PATTERSON & ROACH, L.L.P.**
205 LINDA DRIVE
DAINGERFIELD, TEXAS 75638
903.645.7333 (telephone)
903.645.5389
dgilliland@nixlawfirm.com

**ATTORNEYS FOR NISTAC**

**KIRKLAND & ELLIS**

*/S/ Matthew J. Hertko*
Matthew J. Hertko
Craig D. Leavell
Paul R. Steadman
**KIRKLAND & ELLIS**
300 N. LaSalle
Suite 2400
Chicago, IL 60654
312.862.2000
Matthew.hertko@kirkland.com
Craig.leavell@kirkland.com
Paul.steadman@kirkland.com

**ATTORNEYS FOR FUJI HEAVY INDUSTRIES, LTD. AND SUBARU OF AMERICA, INC.**

### CERTIFICATE OF SERVICE

I certify that on June 29, 2012 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record who have consented to service via ECF. Those parties not served via ECF have agreed to and will be served via e-mail.

_____
Anthony K. Bruster

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| NATIONAL INSTITUTE FOR STRATEGIC TECHNOLOGY ACQUISITION AND COMMERCIALIZATION (NISTAC) <br> *Plaintiff* | § § § § § | |
| vs. | § § | CIVIL NO.: 2:11-CV-11039 |
| NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD., et al. <br> *Defendants/Counter-Plaintiff* | § § § § | Hon. George Caram Steeh |

## ORDER

Pursuant to the Stipulation between NISTAC and Subaru, IT IS ORDERED, ADJUDGED AND DECREED THAT:

      1.    The claims and counter-claims between NISTAC and Subaru in the above-captioned action are hereby dismissed with prejudice.

      2.    NISTAC and Subaru shall bear their own costs and attorneys' fees in connection with the above-captioned action.

SIGNED AND ENTERED THIS 29th DAY OF JUNE, 2012.

                                                     s/George Caram Steeh

                                                     United States District Judge

Dated: June 29, 2012